# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT**, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, and Elm Street Investments, LLC, | : <br> : <br> : Civil Action <br> : <br> : No. 2:21-cv-18396 <br> : |
| Plaintiff, | : <br> : <br> : Motion Day: June 20, 2023 |
| v. | : <br> : |
| **AGOSTINHO CALCADA**, | : <br> : |
| Defendant. | : |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT
## OF PLAINTIFF, KEVIN DOOLEY KENT, RECEIVER

**PLEASE TAKE NOTICE** that the undersigned, on behalf of the Receiver, Kevin Dooley Kent, and pursuant to Federal Rule of Civil Procedure 56, will move before the Honorable Madeline Cox Arleo, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on June 20, 2023, or as soon thereafter as the Court permits, at a date and time to be determined by the Court, for an Order granting this Motion for Summary Judgment.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, the undersigned will rely upon the accompanying Memorandum of Law and Statement of Undisputed Material Facts, which are incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the proposed form of Order submitted herewith be entered by the Court.

Respectfully submitted,

Date: April 27, 2023

*s/ Robin S. Weiss*
Robin S. Weiss, Esquire
Christopher M. Lucca, Esquire
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8500
rsweiss@clarkhill.com
clucca@clarkhill.com

*Attorneys for Plaintiff, Kevin Dooley Kent, Receiver*